# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:

    **(1)  Amber Denan Minter**

        xxx-xx-6759                               **Case No.  19-28007-L**

    **(2)**

                                                  **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:**    (1)    <u>1092 Cortona Pl</u>        (2)
                              <u>Cordova TN 38018</u>

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay    $871.00    ( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        **(X) PAYROLL DEDUCTION** from:    <u>First Horizon National Corporation</u>    **OR** ( ) **DIRECT PAY.**
                                      <u>1755 Lynnfield Street Bldg D</u>
                                      <u>Memphis, TN 38119-7243</u>

    **DEBTOR (2)** shall pay    $_____    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        ( ) **PAYROLL DEDUCTION** from:    _____    **OR** ( ) **DIRECT PAY.**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A) **CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]**    ( ) YES   ( X ) NO

    (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION
        OF THE COLLATERAL FOR THE CLAIM.  [See plan provisions #7 and #8]**    ( X ) YES   ( ) NO

    (C) **AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12]**    ( ) YES   ( X ) NO

2. **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**  Paid by:  ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:

| | Monthly Plan Payment |
|---|---|
| _____; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |
| _____; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |

5. **PRIORITY CLAIMS:**

| | Value of Claim | Monthly Plan Payment |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

6. **HOME MORTGAGE CLAIMS:**    ( ) Paid directly by Debtor(s);  **OR** (X) Paid by Trustee to:

| | | Monthly Plan Payment |
|---|---|---|
| Freedom Mortgage _____; ongoing payment begins FEBRUARY 2020 | | $954.75 |
| Approximate arrearage: $17,100.00  Interest_____% | | $285.00 |
| _____; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____  Interest_____% | | $_____ |

7. **SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| <u>Inova Federal Credit Union</u> | $18,000.00 | _____% | $355.00 |
| _____ | _____ | _____% | $_____ |
| _____ | _____ | _____% | $_____ |

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. § 1325 (a)]

| Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|
| | _____ % | $_____ |
| | _____ % | $_____ |
| | _____ % | $_____ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Conn Appliances Inc.    Collateral:    Sofa

Collateral:_____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Progressive c/o NPRTO | $844.52 | _____ % | $15.00 |
| Shelby County General Sessions CR | $191.50 | _____ % | $4.00 |
| | | _____ % | $_____ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____    ( ) Not provided for    **OR** ( ) General unsecured creditor

_____    ( ) Not provided for    **OR** ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

_____

_____

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $    28,760.40    .

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____ %, **OR,**

(X)  **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Progressive Leasing    (X) Assumes    **OR** ( ) Rejects.

_____    ( ) Assumes    **OR** ( ) Rejects.

17. **COMPLETION:**    Plan shall be completed upon payment of the above, approximately    sixty (60)    months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

_____

_____

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION:  THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett    DATE:  October  4, 2019
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389)  Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,   Memphis, Tennessee 38112-4424
Telephone: 901-323-3200    Facsimile: 901-323-3275    Email: help@sjgarrett.com